IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEBRA BERNA,

          Plaintiff,

v.                                    Case No.: 16-cv-712-jdp

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security,

          Defendant.

ORDER ON JOINT MOTION TO REMAND TO THE COMMISSIONER

The parties have filed a stipulation for remand under sentence four of Section 405(g) of the Social Security Act. The motion will be granted. On remand, an Administrative Law Judge will further consider Plaintiff's residual functional capacity; if warranted, obtain supplemental vocational expert testimony; and issue a new decision.

SO ORDERED this 18TH day of February, 2017.

                                                          HON. JAMES D. PETERSON
                                                          United States District Judge