IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEBRA BERNA,

          Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

          Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-712-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Debra Berna remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

| s/ V. Olmo, Deputy Clerk | 2/21/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |